United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MA. GUADALUPE VAZQUEZ ARREGUIN | § § § § | |
| *Plaintiff*, | § § | Case No. 4:26-cv-2700 |
| v. | § § § | |
| MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; JOSEPH B. EDLOW, Director of the U.S. Citizenship and Immigration Services; CAROLYN KEMOKAI, Houston Field Office Director of the U.S. Citizenship and Immigration Services, | § § § § § § § § | |
| *Defendants*. | § § § | |

## **ORDER**

The Plaintiff's request for voluntary dismissal is hereby GRANTED.

Signed on _____ June 22 _____, 2026.

_____
The Hon. Charles Eskridge
U.S. District Court Judge